**FILED**
James J. Vilt Jr,
Clerk
Jun 11, 2021
U.S. District Court
Western District of Kentucky

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Plaintiff |
| v. | Criminal Action No. 3:17-cr-87-RGJ |
| JEFFREY CAMPBELL, MARK DYER, PHYSICIANS PRIMARY CARE, PLLC | Defendants |

\* \* \* \* \*

## SUPPLEMENTAL INSTRUCTION

1. On page 13 of the Verdict Form, please cross out the two entries for Oxycodone/Acetaminophen and Methadone Hydrochloride dated 4/29/2014.

2. On pages 16-17 of the Verdict Form, please cross out the words "Methadone Hydrochloride" and replace them with "Oxycodone."

3. On page 18 of the Verdict Form, please cross out the words "Methadone Hydrochloride" and replace them with "Oxycodone."

4. On page 22 of the Verdict Form, please cross out the entry for Methadone Hydrochloride dated 7/30/2013.

June 11, 2021